PROB 35            **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:98CR05370-02** |
| ) | |
| **JERONIMO FUENTES JR.** ) | |
| ) | |

On April 10, 2000, the above-named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**

Dated:       May 19, 2009
                Sacramento, California
                GPS/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                        **KYRIACOS M. SIMONIDIS**
                        **Supervising United States Probation Officer**

Re:   **Jeronimo FUENTES, Jr.**
      **Docket Number:   1:98CR05370-02**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Attachment:   Recommendation
cc:   United States Attorney's Office


IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   May 22, 2009** | /s/ Anthony W. Ishii |
| | CHIEF UNITED STATES DISTRICT JUDGE |